IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDWARD LAMAR,

Appellant,

v.

W.S. BADCOCK CORP./
COMMERCIAL RISK
MANAGEMENT,

Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-835

_____/

Opinion filed August 9, 2016.

An appeal from an order of the Judge of Compensation Claims.
Margaret Sojourner, Judge.

Date of Accident: February 25, 2014.

E. Taylor Davidson, Lakeland, for Appellant.

Juliana L. Curtis of Vecchio, Carrier, Feldman & Johannessen, P.A., Lakeland, for
Appellees.


PER CURIAM.

    AFFIRMED.

ROBERTS, C.J., WETHERELL, and BILBREY, JJ., CONCUR.